# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

TERRY WALLACE DUALLO,

Plaintiff,

v.  Case No: 5:20-cv-316-GKS-JBT

ANDREW SAUL,
COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

# ORDER

THIS CAUSE comes before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. 23), filed on May 13, 2021, recommending that Defendant Commissioner of Social Security's Unopposed Motion for Entry of Judgment with Remand (Doc. 22), be granted.

Defendant requests that the Court order remand under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> On remand, the Commissioner will update the record and offer Plaintiff the opportunity for a hearing. The Commissioner will obtain additional testimony from a vocational expert, resolving any apparent conflicts between the vocational evidence and the Dictionary of Occupational Titles in accordance with Social Security Ruling 00-4p. The Commissioner will then issue a new decision

After review and consideration of the Report and Recommendation, and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Joel B. Toomey's Report and Recommendation (Doc. 23) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. Defendant Commissioner of Social Security's Unopposed Motion for Entry of Judgment with Remand (Doc. 22) is **GRANTED**.

3. The final decision of the Commissioner is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for the reasons set forth in the Motion.

4. All other pending motions in this case shall be **DENIED as moot**.

5. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff, Terry Wallace Duallo, and to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ___1st___ day of June, 2021.

```
                            G. KENDALL SHARP
                    SENIOR UNITED STATES DISTRICT JUDGE
```

Copies to:
Counsel of Record
Unrepresented Parties